Gao Ming Ma
729 ½ State Street
San Jose, CA 95110

Plaintiff in Pro Per

RECEIVED
2011 MAR 28 A 11: 23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAO MING MA, | CIVIL NO. 3:10-CV-03444-JL |
| Plaintiff, | STIPULATION EXTENDING TIME FOR FILING MOTION FOR SUMMARY JUDGMENT OR REMAND |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

The parties hereto, by and through their undersigned attorneys hereby stipulate that Plaintiff, Gao Ming Ma shall have an additional ninety days, through July 6, 2011, in which to file and serve a motion for summary judgment or remand in this action. This extension is necessary to permit Plaintiff to find an attorney to represent her in this matter.

Dated: 3/22/11         By: _____ Ma
                        Plaintiff in Pro Per

Dated: 3/23/11         By: _____
                        Special Assistant United States Attorney

SO ORDERED
Dated: 3-29-11         By: _____
                        United States District Judge

1
STIPULATION EXTENDING TIME; CASE NO. 3:10-CV-03444-JL

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GAO MING MA,

        Plaintiff,

v.

MICHAEL J. ASTRUE et al,

        Defendant.
_____/

Case Number: CV10-03444 JL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gao Ming Ma
729 ½ State Street
San Jose, CA 95110

Peter Thompson
Special Assistant U.S. Attorney
333 Market St., Ste. 1500
San Francisco, CA 94105

Dated: March 29, 2011

                              Richard W. Wieking, Clerk
                              By: Brenda Tolbert, Deputy Clerk