UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GAO MING MA,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,

        Defendant.
_____/

No. C10-03444 NC

ORDER SETTING CASE MANAGEMENT CONFERENCE

[Reassigned Case]

TO ALL PARTIES AND COUNSEL OF RECORD:

It is ordered under Fed. R. Civ. P. 16 and Civil L.R. 16-10 that a Case Management Conference shall be held before Magistrate Judge Nathanael Cousins on August 24, 2011 at 2:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items in Civil L.R. 16-10. Under Civil L.R. 16-9(a) and the Court's March 1, 2007 Standing Order for all Judges of the Northern District of California regarding Contents of Joint Case Management Conference, the parties shall meet and confer and file a joint case management statement and proposed order no later than seven calendar days before the Conference. The statement shall also include disclosure of nonparty interested entities or persons under Civil L.R. 3-16. If any party is proceeding without counsel, separate statements may be filed by each party.

All documents filed with the Clerk of the Court in this shall list the civil case number followed only by the initials **NC**. One copy shall be clearly marked as a chambers copy.

IT IS SO ORDERED.

Dated: July 13, 2011

_____
NATHANAEL COUSINS
United States Magistrate Judge