IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAO MING MA,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

No. C10-03444 NC

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On , July 19, 2011, defense counsel filed a request to appear telephonically at the case management conference set for August 24, 2011 at 2:00 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Defense counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-2039 to provide the Court with a direct dial number to call on for this appearance.

Dated: July 26, 2011

NATHANAEL COUSINS
United States Magistrate Judge