UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GAO MING MA,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

_____/

No. C 10-03444 NC

ORDER TO SHOW CAUSE

    A case management conference was held in this Court at 2:00 p.m. on August 24, 2011. Plaintiff was not present.

    IT IS ORDERED that Plaintiff appear in person on **September 14, 2011 at 10:00 a.m.,** before Magistrate Judge Nathanael Cousins, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, to show cause why this action should not be dismissed for Plaintiff's failure to prosecute this action.

Dated: August 25, 2011

NATHANAEL COUSINS
United States Magistrate Judge