IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GAO MING MA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE,<br><br>    Defendant. | Case Number C 10-03444 NC<br><br>**ORDER DISMISSING ACTION**<br><br>(Re: Dkt. No. 22) |

Under Civil L.R. 16-2, a case management conference was scheduled on August 24, 2011, at 2:00 p.m., before this Court. Plaintiff was not present.

The Court issued an Order on August 25 requiring Plaintiff to appear in person on September 14, 2011 at 10:00 a.m., to show cause why the action should not be dismissed (Dkt. No. 22). The Order was mailed to Plaintiff's last known address.

Plaintiff did not appear. Accordingly, this action is DISMISSED under Federal Rule of Civil Procedure 41(b), due to Plaintiff's failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 14, 2011

                                              NATHANAEL COUSINS
                                              United States Magistrate Judge